UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-MJ-1090 |
| | ) | (JUDGE SHIRLEY) |
| TAMMY KOOCH, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion For Modification Of Conditions Of Pretrial Release [Doc. 10], filed on April 27, 2006. The defendant moves the Court for an Order modifying the conditions of her release to remove the requirement of electronic monitoring. In support thereof, the defendant states "[a] major change in circumstances occurred recently with the arrest of [the defendant's] parents by the United States Marshal's Service. As the parents are now in custody, there is no longer a concern that [Defendant] would need to be monitored to prevent the potential for travel to aid her parents." [Doc. 10, para. 6]. The motion also relates that neither the government, nor Pretrial Services opposes this modification.

Finding the defendant has shown good cause for a modification of conditions of pretrial release, the Court hereby **GRANTS** the motion [**Doc. 10**] and an Order modifying the conditions of the defendant's release to remove the requirement of electronic monitoring shall

1

be entered forthwith. The Court notes, however, that all other conditions of pretrial release shall remain in effect and that the defendant must continue to comply with these conditions pending trial.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge