UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-MJ-1090 |
| | ) | (JUDGE SHIRLEY) |
| TAMMY KOOCH, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Unopposed Motion To Modify Conditions of Release [Doc. 12], filed on May 24, 2006. The defendant moves the Court for an Order allowing the substitution of a cash bond for the property bond previously required.

In support thereof, the defendant states " [she] would like to borrow money against her house in order to assist her parents in securing counsel, but she has been unable to do so while the warranty deed is pending." [Doc. 12, para. 3]. Further, the defendant avers that while her parents have previously proceeded *pro se*, "it would serve everyone's interest to assist them in retaining counsel." [Doc. 12, para. 4]. The government did not object to this motion. Finding the defendant has shown good cause to modify the conditions of release, the Court hereby **GRANTS** the motion [**Doc. 12**] to the extent that: 1) This Order shall be deemed an Order to modify the conditions of the defendant's release and bond and 2) The defendant shall contemporaneously a) tender Fifty

1

Thousand Dollars to the Clerk of the Court, to constitute a cash bond to secure her appearance, in lieu of the property bond, and b) forward to the court a proposed release of "Deed of Trust" (referenced by the defendant as a "warranty deed").

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2